Cite as: 591 U. S. \_\_\_\_ (2020)

Statement of SOTOMAYOR, J.

# SUPREME COURT OF THE UNITED STATES

No. 19A1055

TEXAS DEMOCRATIC PARTY, ET AL. *v.* GREG ABBOTT, GOVERNOR OF TEXAS, ET AL.

ON APPLICATION TO VACATE STAY

[June 26, 2020]

The application to vacate stay presented to JUSTICE ALITO and by him referred to the Court is denied.

Statement of JUSTICE SOTOMAYOR respecting the denial of application to vacate stay.

This application raises weighty but seemingly novel questions regarding the Twenty-Sixth Amendment. I do not disagree with the decision to refrain from addressing them for the first time here, in the context of an emergency application to vacate a stay of an injunction. But I hope that the Court of Appeals will consider the merits of the legal issues in this case well in advance of the November election.